| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAILY TRADING a/k/a DAILYTRONIC and GOLDENSOFTS, a business of unknown classification; NAVID MOHAMMADHASHEMI a/k/a NAWID MOHAMMADHASHEMY, an individual d/b/a DAILY TRADING, DAILYTRONIC, and GOLDENSOFTS; and DOES 1-5,<br><br>Defendants. | Case No. 8:17-cv-00105-AG-JCG<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS DAILY TRADING A/K/A DAILYTRONIC AND GOLDENSOFTS; NAVID MOHAMMADHASHEMI A/K/A NAWID MOHAMMADHASHEMY D/B/A DAILY TRADING, DAILYTRONIC, AND GOLDENSOFTS** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

137731425.1

| | |
|---|---|
| 1 | **GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS** |
| 2 | **HEREBY ORDERED** that defendants Daily Trading a/k/a Dailytronic and |
| 3 | Goldensofts, a business of unknown classification and Navid Mohammadhashemi |
| 4 | a/k/a Nawid Mohammadhashemy, an individual d/b/a/ Daily Trading, Dailytronic |
| 5 | and Goldensofts ("Defendants") and their agents, servants, employees, |
| 6 | representatives, successors and assigns, and all those acting in concert or |
| 7 | participation with Defendants shall be, and hereby are, PERMANENTLY |
| 8 | ENJOINED and restrained from: |
| 9 |     (a)    imitating, copying, or making any other infringing use or |
| 10 | infringing distribution of software programs, components, Certificates of |
| 11 | Authenticity, end user license agreements ("EULA") or items protected by |
| 12 | Microsoft's registered trademarks and service mark, including, but not limited to, |
| 13 | the following Trademark Registration Nos.: |
| 14 |         (1)    1,200,236 ("MICROSOFT"); |
| 15 |         (2)    1,872,264 ("WINDOWS"); |
| 16 |         (3)    2,744,843 (COLORED FLAG DESIGN); and |
| 17 |         (4)    3,361,017 (COLORED FLAG START BUTTON); |
| 18 |     (b)    imitating, copying, or making any other infringing use or |
| 19 | infringing distribution of the software programs, components, EULAs, items or |
| 20 | things protected by the following Certificates of Copyright Registration: |
| 21 |         (1)    TX 7-009-361 ("Windows 7"); and |
| 22 |     (c)    imitating, copying, or making any other infringing use or |
| 23 | infringing distribution of any other works now or hereafter protected by any of |
| 24 | Microsoft's trademarks or copyrights; |
| 25 |     (d)    manufacturing, assembling, producing, distributing, offering for |
| 26 | distribution, circulating, selling, offering for sale, advertising, importing, |
| 27 | promoting, or displaying any software program, component, Certificate of |
| 28 | Authenticity, EULA, item or thing bearing any simulation, reproduction, |

137731425.1

counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(e) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, Certificate of Authenticity, EULA, item or thing not authorized or licensed by Microsoft;

(f) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, Certificate of Authenticity, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(g) engaging in any other activity constituting an unauthorized and/or illegal distribution of any Microsoft software, component, Certificate of Authenticity, EULA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

137731425.1

(h) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (g) above.

IT IS SO ORDERED.

DATED: January 9, 2018

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge

137731425.1

1 | Approved as to form and content.
2 | **PERKINS COIE LLP**
3 |
4 | By:/s/ Katherine M. Dugdale
       Katherine M. Dugdale
5 | Attorneys for Plaintiff Microsoft Corporation

137731425.1