**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAILY TRADING a/k/a DAILYTRONIC and GOLDENSOFTS, a business of unknown classification; NAVID MOHAMMADHASHEMI a/k/a NAWID MOHAMMADHASHEMY, an individual d/b/a DAILY TRADING, DAILYTRONIC, and GOLDENSOFTS; and DOES 1-5,<br><br>Defendants. | Case No. 8:17-cv-00105-AG-JCG<br><br>**JUDGMENT AGAINST DEFENDANTS DAILY TRADING A/K/A DAILYTRONIC AND GOLDENSOFTS; NAVID MOHAMMADHASHEMI A/K/A NAWID MOHAMMADHASHEMY D/B/A DAILY TRADING, DAILYTRONIC, AND GOLDENSOFTS** |

This action came before the Court, the Honorable Andrew J. Guilford, United States District Judge presiding, on the motion of Plaintiff Microsoft Corporation ("Microsoft") for default judgment and a permanent injunction against defendants Daily Trading aka Dailytronic and Goldensofts; Navid Mohammadhashemi aka Nawid Mohammadhashemy dba Daily Trading, Dailytronic and Goldensofts

137727464.1

("Defendants").  The evidence presented having been fully considered and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED that,**

1. By its unauthorized distribution of Microsoft's trademarks and service mark in commerce and in connection with Microsoft Windows 7 software, Defendants have infringed the following registered trademarks and service mark owned by Microsoft:

    a. 1,200,236 ("MICROSOFT");
    b. 1,872,264 ("WINDOWS");
    c. 2,744,843 (COLORED FLAG DESIGN); and
    d. 3,361,017 (COLORED FLAG START BUTTON).

2. Defendants have also infringed Microsoft's registered copyrights in the following works:

    a. TX 7-009-361 ("Windows 7"); and

3. Defendants' use of Microsoft's marks has resulted in the placement in commerce of infringing items that are strikingly similar to genuine Microsoft, or Microsoft-licensed, programs that are or were likely to cause confusion, mistake or deception in the market as to the source of those items.

4. Defendants' distribution of infringing Microsoft software also constitutes federal false designation of origin, false description and false representation (15 U.S.C. § 1125 et seq.), and unfair competition under California common law.

5. The likelihood of confusion that existed in this instance by virtue of Defendants' distribution of counterfeit Microsoft software components in interstate commerce is an appropriate predicate upon which to base permanent injunctive relief against the unauthorized reproduction, replication and/or distribution by Defendants of any unauthorized, illegal, and/or counterfeit Microsoft items.  This Court contemporaneously issues a separate permanent injunction.

137727464.1

6. Microsoft is awarded $30,000 in statutory damages against Defendants under the Copyright Act.

7. Microsoft is awarded $400,000 in statutory damages against Defendants under the Lanham Act.

8. Microsoft is awarded $12,200 in attorneys' fees and costs.

9. The total judgment against Defendants is $442,000.

10. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

DATED:  January 9, 2018  _____
HONORABLE ANDREW J. GUILFORD
United States District Judge

137727464.1

Approved as to form and content.

**PERKINS COIE LLP**

By:/s/ Katherine M. Dugdale
    Katherine M. Dugdale

Attorneys for Plaintiff Microsoft Corporation

137727464.1